O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Han Clothing, Inc., | ) | CV 11-6328 RSWL (RZx) |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER Re: Motion to** |
| v. | ) | **Withdraw as Counsel for** |
| | ) | **Defendant Cleo Patra** |
| Cleo Patra Jeans, Inc.; and | ) | **Jeans, Inc. [12]** |
| Does 1-10 inclusive, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 28, 2011, Attorney John H. Oh's ("Defendant's Counsel") Motion to Withdraw as Counsel for Defendant Cleo Patra Jeans Incorporated ("Defendant") was scheduled for a hearing before this Court [12].  The Court, however, finds that a hearing is not necessary for this Matter, and as such, the Court takes this Motion under submission.  Accordingly, the Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS**:

Defendant's Counsel's Motion is hereby **GRANTED.**

The Court finds that Defendant's Counsel has provided sufficient good cause to merit withdrawal in the present Action.  Additionally, allowing Defendant's Counsel to withdraw from this Action would not cause undue delay in prosecution.  Moreover, as Defendant's Counsel has given adequate notice to his client in compliance with Local Rule 83-2.9.2.4, the Court finds that allowing withdrawal at this time would not prejudice Defendant.  Therefore, the Court **GRANTS** Defendant's Counsel's Motion to Withdraw as Counsel for Defendant Cleo Patra Jeans Incorporated.  Accordingly, John H. Oh shall no longer be the attorney of record for Defendant effective the date of the filing of this Order.

Defendant's last known contact information is as follows:

Address:   Cleo Patra Jeans, Inc.

1100 S. San Pedro Street, #E-10

Los Angeles, CA 90015

**IT IS SO ORDERED.**

DATED: February 27, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge