JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAN CLOTHING, INC., a California corporation<br><br>    Plaintiff,<br><br>  vs.<br><br>CLEO PATRA JEANS, INC., a California Corporation; and DOES 1-10, inclusive<br><br>    Defendants. | Case No. CV11-06328-ABC(RZx)<br><br>[~~PROPOSED~~]   JUDGMENT |

   Having GRANTED plaintiff's Han Clothing, Inc.'s ("HC") Motions for Summary Judgment and Summary Adjudication as to ~~Damages and all the relevant papers and pleadings on file with the Court:~~ On March 8, 2013 (docket no. 31), and July 23, 2013 (docket no. 32), respectively,

   **THE COURT ORDERS AS FOLLOWS**:

1 | Plaintiff Han Clothing, Inc. shall have Judgment Against Cleo Patra Jeans, Inc., a California corporation as follows;

1. Han Clothing, Inc. is awarded $609,200 against defendant Cleo Patra Jeans, Inc., a California corporation, under the Copyright Act, for direct copyright infringement.

Dated: August 23, 2013    _____

Honorable Audrey B. Collins
UNITED STATES DISTRICT JUDGE

2
PROPOSED JUDGMENT